FILED
CLERK, U.S. DISTRICT COURT
09/22/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___D. Brown___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>    v.<br><br>MICHAEL SEAN COSTELLO,<br>              Defendant. | Case No.: 5:20-CR-00063-JGB<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a) (1)) |

      The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>C</u> District of <u>California</u> for alleged violation(s) of the terms and conditions of probation or supervised release; and

      Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143(a) (1), the Court finds that:

A. (✓)    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (✓) information in the Pretrial Services Report and Recommendation

    (✓) information in the violation petition and report(s)

    ( ) the defendant's nonobjection to detention at this time

    (✓) other: allegation of failure to appear at supervised release hearing and failure to report to probation officer.

and/or

B. ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

( ) information in the Pretrial Services Report and Recommendation

( ) information in the violation petition and report(s)

( ) the defendant's nonobjection to detention at this time

( ) other:

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: September 22, 2021

_____
KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE